NOVEMBER 4, 2002

No. 02–200. O'LEAR ET AL. *v.* MILLER ET AL. Affirmed on appeal from D. C. E. D. Mich. JUSTICE STEVENS and JUSTICE BREYER would note probable jurisdiction and set case for oral argument.

No. 02–6101. MOORE *v.* MISSISSIPPI. Sup. Ct. Miss. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–6190. WINKE *v.* WINKE. Sup. Ct. Iowa. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–6191. WINKE *v.* IOWA DISTRICT COURT FOR LEE COUNTY. Sup. Ct. Iowa. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–6228. EURY *v.* SMITH. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–6310. JOHNSON *v.* TREMPER ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.